

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 26, 2022**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                    CHAPTER 13 NO.:

BOBBIE NELL SUMMERS                                        19 – 04132 – JAW

### AGREED ORDER

THIS CAUSE came before this Honorable Court on the Debtor's Motion to Modify Bankruptcy Plan [DK #60] and the Trustee's Response [DK #61]; and the parties agree as follows:

THAT, the Debtor's Motion to Modify Bankruptcy Plan is hereby granted.

THAT, Debtor's plan is hereby modified to surrender the 2016 Chevrolet Colorado to Capital One Auto Finance.

THAT, the Trustee is authorized to make no further payments on said Creditor's secured claim.

THAT, the Debtor's wage order shall be amended as necessary to comply with the terms of this Agreed Order and to complete within the remaining plan term.

##END OF ORDER##

AGREED:

/s/ Justin B. Jones
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR